

FILED by STA  D.C.

MAR 0 8 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 04-20143-CIV-KING

SCOTT ASHTON, D.P.M.; KATHY TISKO, P.T.;
MICK M. MAHAN, D.C. and
CHARLES P. BARNWELL, D.C.,

       Plaintiffs,

v.

HEALTH NET, INC.; HUMANA, INC.; HUMANA
HEALTH PLAN, INC.; PACIFICARE HEALTH
SYSTEMS, INC.; PRUDENTIAL INSURANCE
COMPANY OF AMERICA; UNITED HEALTH
GROUP; UNITED HEALTH CARE; COVENTRY
HEALTH CARE, INC.; WELLPOINT HEALTH
NETWORKS, INC.; AETNA, INC.; AETNA-USHC,
INC.,

       Defendants.

_____/

## ORDER OF TRANSFER

    GOOD CAUSE appearing therefore pursuant to Local Rule 3.9(c) and subject to consent hereinbelow, it is

    ORDERED that the above-numbered cause be and the same is hereby transferred to the calendar of Judge Federico A. Moreno for all further proceedings.

    DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and U.S. Courthouse, Miami, Florida, this 23rd day of January, 2004.

               JAMES LAWRENCE KING
               UNITED STATES DISTRICT JUDGE

    After reviewing the court file in the above numbered cause, the undersigned hereby accepts the transfer of said case.  Therefore, it is

    ORDERED that all pleadings hereafter filed shall bear the following case number, Case No.



04-20143-CIV-MORENO, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this _27_ day of _February_, 2004.

_____
UNITED STATES DISTRICT JUDGE

cc:   Hon. Federico A. Moreno

Lucy Lara, Case Assignments Clerk

***Counsel for Plaintiffs:***
Michael C. Dodge, Esq.
Dodge, Anderson, Jones, Bezney
 & Gillman, P.A.
5400 LBJ Freeway
Suite 910
Dallas, TX 75240

***Counsel for Defendant Health Net, Inc.:***
Eduardo Palmer, Esq.
Steel Hector & Davis, LLP
200 S. Biscayne Blvd.
Suite 4000
Miami, FL 33131

***Counsel for Defendants Humana, Inc./Humana Health Plan, Inc.:***
John H. Beisner, Esq.
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006-4001

***Counsel for Defendant Pacificare Health Systems, Inc.:***
Michael Nachwalter, Esq.
Kenny Nachwalter Seymour
201 South Biscayne Blvd.
Suite 1100
Miami, FL 33131

2

***Counsel for Defendant Prudential Insurance Company of America:***
Daniel A. Casey, Esq.
Kirkpatrick & Lockhart, LLP
Miami Center - 20th Floor
201 South Biscayne Blvd.
Miami, FL 33131

***Counsel for Defendants United Health Group and United Health Care:***
Edward Soto, Esq.
Weil, Gotshal & Manges, LLP
701 Brickell Avenue
Suite 2100
Miami, FL 33131

***Counsel for Defendant Coventry Health Care, Inc.:***
V. Robert Denham, Jr., Esq.
Powell Goldstein Frazer & Murphy
191 Peachtree Street, NW
16th Floor
Atlanta, GA 30303

***Counsel for Defendant Wellpoint Health Networks, Inc.:***
Stan Blumenfeld, Esq.
O'Melveny & Myers, LLP
400 S Hope Street
Los Angeles, CA 90071

***Counsel for Defendant Aetna USHC, Inc.:***
Hilarie Bass, Esq.
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131